IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SCOTT HAMLIN, | : | Civil No. 3:20-cv-0336 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| MARK GARMAN, PENNSYLVANIA ATTORNEY GENERAL OFFICE, | : | |
| Respondents | : | |

## ORDER

AND NOW, THIS 22nd DAY OF MAY 2020, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DISMISSED as time-barred by the statute of limitations. *See* 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to CLOSE this case.

Robert D. Mariani
United States District Judge